UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAI DIAZ,<br><br>                              Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY; and DOES 1 through 50, inclusive,<br><br>                            Defendants. | Case No.: 22-CV-705-MMA-WVG<br><br>**ORDER VACATING TELEPHONIC PRE-EARLY NEUTRAL EVALUATION CONFERENCE AND VIDEO EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES** |

On June 13, 2022, Plaintiff filed a Motion to Remand to State Court ("Motion"). (Doc. No. 5.) The Motion is now pending before District Judge Michael M. Anello and is potentially dispositive of this action. Accordingly, the Court VACATES the July 28, 2022 telephonic Pre-Early Neutral Evaluation Conference and August 10, 2022 video Early Neutral Evaluation and Case Management Conferences and all related dates. Counsel for the Parties shall jointly contact this Court's Chambers within two (2) days of Judge Anello's ruling on the Motion to coordinate further proceedings, if at all necessary.

**IT IS SO ORDERED.**

DATED: June 13, 2022

                                                        Hon. William V. Gallo
                                                        United States Magistrate Judge