UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAI DIAZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-705-MMA-WVG<br><br>**ORDER RESETTING VIDEO MANDATORY SETTLEMENT CONFERENCE** |

　　　　Before the Court is the Parties' Joint Motion to Modify Scheduling Order ("Joint Motion"). (Doc. No. 18.) The Parties move the Court to vacate all dates and deadlines set forth in the November 22, 2022, Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings in light of Defendant's pending Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion"). (Doc. Nos. 11, 13.) The Court GRANTS the Joint Motion to conserve judicial and party resources while Defendant's Motion remains pending. The Parties are ORDERED to jointly contact this Court's Chambers within two (2) days of presiding District Judge Michael M. Anello's ruling on Defendant's Motion to coordinate further proceedings, if at all necessary.

　　　　**IT IS SO ORDERED.**

DATED: April 10, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge